IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| DWAYNE A. HARRIS, JR., | * |
| Petitioner, | * |
| v. | Case No. 3:22-cv-00026-CDL-CHW |
| | * |
| SUPERIOR COURT OF WALTON COUNTY, | |
| | * |
| Respondent. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 11, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 12th day of July, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk